## BEST *v.* CITY OF TOLEDO.

No. 1048, Misc. Decided May 14, 1962.

*James W. Cowell* for appellant.
*Louis R. Young* and *Lewis W. Combest* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.